|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| 3   |     |
| 4   |     |
| 5   | UNITED STATES DISTRICT COURT |
| 6   | WESTERN DISTRICT OF WASHINGTON AT SEATTLE |

_____  )
HAROLD RUSH, et al.,                       )
                              Plaintiffs,  )   Case No. C12-1954RSL
          v.                               )
                                           )   ORDER TO SHOW CAUSE
AMICA MUTUAL INSURANCE COMPANY,            )
                              Defendant.   )
_____  )

On November 27, 2012, the Court issued an order requiring the parties to file a Joint Status Report by January 8, 2013. No such report has been filed and the parties have not sought or obtained an extension of time in which to make the required submission. The parties shall, no later than Friday, February 1, 2013, file their Joint Status Report and show cause to the Court why sanctions including dismissal should not be imposed for their failure to comply with the Order of November 27, 2012. The Clerk is directed to place this Order to Show Cause on the Court's calendar for February 1, 2013.

DATED this 18th day of January, 2013.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE