1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HAROLD RUSH and SAUNDRA RUSH, | |
| Plaintiffs, | NO.  2:12-cv-01954 RSL |
| vs. | STIPULATION AND ORDER OF DISMISSAL |
| AMICA MUTUAL INSURANCE COMPANY, | |
| Defendant. | |

## STIPULATION

The undersigned parties agree that any and all claims asserted by Plaintiff Harold Rush and Saundra Rush in the above-captioned matter, shall be dismissed with prejudice and without costs to any party.

STIPULATION AND ORDER OF DISMISSAL
580652.1/012413 1028/79680074

- 1 -

**Betts Patterson Mines**
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1

DATED this 22nd day of January. 2, 2013.

BETTS, PATTERSON & MINES, P.S.

By: */s/Marissa Alkhazov*
   Marissa Alkhazov, WSBA No. 34278
By:*/s/Kelly A. Croll*
   Kelly A. Croll, WSBA No. 30993
701 Pike Street, Suite 1400
Seattle, WA  98101
Telephone: (206) 292-9988
Facsimile: (206) 343-7053
E-mail: malkhozov@bpmlaw.com
      kcroll@bpmlaw.com
Attorneys for Amica Mutual Insurance Company

DATED this 22nd day of January, 2013.

ROY, SIMMONS, SMITH & PARSONS

By:*/s/Eric Roy*
   Eric Roy, WSBA No. 21138
1223 Commercial Street
Bellingham, WA  98225-4306
Telephone: (360) 752-2000
Facsimile: (360) 752-2771]
Email: eric@royandsimmons.com
Attorneys for Plaintiffs

## ORDER

Based on the above Stipulation, IT IS HEREBY ORDERED that any and all claims related to the above-captioned matter asserted by Plaintiff Harold Rush and Saundra Rush be dismissed with prejudice and without costs to any party.

Dated this 23rd day of January, 2013.

*[signature: Robert S. Lasnik]*
Robert S. Lasnik
United States District Judge

STIPULATION AND ORDER OF DISMISSAL - 2 -
580652.1/012413 1028/79680074

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988