UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HAROLD RUSH and SAUNDRA RUSH,

    Plaintiffs,

vs.

AMICA MUTUAL INSURANCE COMPANY,

    Defendant.

NO. 2:12-cv-01954 RSL

STIPULATION AND ORDER OF DISMISSAL

## STIPULATION

The undersigned parties agree that any and all claims asserted by Plaintiff Harold Rush and Saundra Rush in the above-captioned matter, shall be dismissed with prejudice and without costs to any party.

STIPULATION AND ORDER OF DISMISSAL
580652.1/012413 1028/79680074

- 1 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

| | |
|---|---|
| DATED this 22nd day of January. 2, 2013. | DATED this 22nd day of January, 2013. |

BETTS, PATTERSON & MINES, P.S.            ROY, SIMMONS, SMITH & PARSONS

By: */s/Marissa Alkhazov*          By:*/s/Eric Roy*
    Marissa Alkhazov, WSBA No. 34278      Eric Roy, WSBA No. 21138
By:*/s/Kelly A. Croll*            1223 Commercial Street
    Kelly A. Croll, WSBA No. 30993        Bellingham, WA  98225-4306
701 Pike Street, Suite 1400           Telephone: (360) 752-2000
Seattle, WA  98101                Facsimile: (360) 752-2771]
Telephone: (206) 292-9988             Email: eric@royandsimmons.com
Facsimile: (206) 343-7053             Attorneys for Plaintiffs
E-mail: malkhozov@bpmlaw.com
        kcroll@bpmlaw.com
Attorneys for Amica Mutual Insurance Company

## ORDER

Based on the above Stipulation, IT IS HEREBY ORDERED that any and all claims related to the above-captioned matter asserted by Plaintiff Harold Rush and Saundra Rush be dismissed with prejudice and without costs to any party.

Dated this 23rd day of January, 2013.

*[signature]*
Robert S. Lasnik
United States District Judge

STIPULATION AND ORDER OF DISMISSAL          - 2 -
580652.1/012413 1028/79680074

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988